(No. 6784—)

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS,
NORTHEASTERN ILLINOIS STATE UNIVERSITY, Respondent.

*Opinion filed July 1, 1974.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; FRANK M.
BRADY, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-409—)

FEDERAL LANDSCAPING CO., INC., *vs.* STATE OF ILLINOIS,
DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed July 1, 1974.*

FEDERAL LANDSCAPING CO., INC., Claimant pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W.
FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.